02-11-257-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00257-CV 

 

 


 
 
 Titan Corrugated, Inc.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Maxx Electric, Inc.
 
 
  
 
 
 APPELLEE 
 
 


 

------------

 

FROM THE 211th
District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant’s “Motion To Dismiss Appeal.” 
The motion is not opposed.  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
WALKER,
MCCOY, and MEIER, JJ. 


 

DELIVERED:
 August 11, 2011









[1]See Tex. R. App. P. 47.4.